IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MELVIN COLLINS,                :
                                              Case No. 3:12-cv-89
              Plaintiff,
       -vs-                                   District Judge Walter Herbert Rice
                                              Magistrate Judge Michael R. Merz
COMMISSIONER OF
SOCIAL SECURITY,

              Defendant.       :

## REPORT AND RECOMMENDATIONS

This Social Security Disability appeal is before the Court on Plaintiff's Motion to Proceed without Prepayment of Fees (Doc. No. 1).

Upon examination, the Magistrate Judge is unable to conclude that Plaintiff cannot afford the filing fee, given his monthly income of $2,365.00. In addition, the fact that this case has been filed by counsel suggests that Plaintiff has obtained the services of counsel without prepayment of a fee. Given those circumstances, Plaintiff should be required to pay the filing fee.

March 23, 2012.

                                       s/ **Michael R. Merz**
                                       United States Magistrate Judge