IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MELVIN COLLINS,                :

                                                                           Case No. 3:12-cv-89

Plaintiff,

        -vs-                                        District Judge Walter Herbert Rice
                                                                Magistrate Judge Michael R. Merz

COMMISSIONER OF
SOCIAL SECURITY,

           Defendant.          :

## ORDER WITHDRAWING REPORT AND RECOMMENDATIONS

This case is before the Court *sua sponte*.

On March 23, 2012, I issued a Report and Recommendations (Doc. #2) recommending that Plaintiff's motion to proceed without prepayment of the filing fee be denied. Because Plaintiff has now paid the filing fee, my Report and Recommendations is hereby withdrawn.

March 23, 2012.

                                                                                s/ **Michael R. Merz**
                                                                     United States Magistrate Judge